1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California  93721-2226
Telephone: (559) 487-5561
5 |

6 |
Attorney for Defendant
7 | JUAN BENITEZ-GOMEZ

8 |

9 |
IN THE UNITED STATES DISTRICT COURT
10 |
FOR THE EASTERN DISTRICT OF CALIFORNIA
11 |

12 |

13 |
UNITED STATES OF AMERICA,                    )    NO. 1:07-cr-0246 LJO
14 |                                                              )
                              Plaintiff,              )    STIPULATION TO CONTINUE STATUS
15 |                                                              )    CONFERENCE HEARING;  ORDER
           v.                                                   )
16 |                                                              )    Date:   February 15, 2008
JUAN BENITEZ-GOMEZ,                         )    Time:  9:00 A.M.
17 |                                                              )    Judge: Hon. Lawrence J. O'Neill
                              Defendant.           )
18 |                                                              )
                                                                   )
19 | _____ )

20 |        **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, that

21 | the status conference hearing in the above-referenced matter now set for January 25, 2008, **may be**

22 | **continued to February 15, 2008, at 9:00 A.M.**

        This continuance is at the request of counsel for the defendant because she needs additional time to
23 |
do defense investigation and plea negotiation prior to the hearing.  The defense and the government have
24 |
obtained documents from Madera County Court concerning defendant's aggravated felony.  The
25 |
documents do not conclusively show whether defendant's aggravated felony is a first or second degree
26 |
burglary.  The sentencing transcript from the Madera County conviction is being obtained by the
27 |
government so that the parties and Probation can determine the prior conviction and the Guideline
28 |

Stipulation to Continue Status Conference              2

1  calculation can be amended if necessary.  Once the sentencing transcript is obtained and reviewed, the

2  parties will be able to confer regarding possible resolution of the matter or a trial date.  The requested

3  continuance will conserve time and resources for both parties and the court.

4         The parties also agree that the delay resulting from the continuance shall be excluded in the

5  interests of justice, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

6

7                                                    McGREGOR W. SCOTT
                                                     United States Attorney
8

9  DATED:  January 18, 2008          By      /s/  Ian Garriques_____
                                                     IAN GARRIQUES
10                                                   Assistant United States Attorney
                                                     Attorney for Plaintiff
11

12

13                                                   DANIEL J. BRODERICK
                                                     Federal Public Defender
14

15  DATED:  January 18, 2008          By _____/s/ Melody M. Walcott_____
                                                     MELODY M. WALCOTT
16                                                   Assistant Federal Defender
                                                     Attorney for Defendant
17                                                   JUAN BENITEZ-GOMEZ

18

19

20                                      **O R D E R**

21         **IT IS SO ORDERED**.  Good cause exists both to continue the hearing and to exclude time in the

22  interests of justice pursuant to 18 U.S.C.  §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

23

24  IT IS SO ORDERED.

25  **Dated:    January 22, 2008**          _____/s/ Lawrence J. O'Neill_____
                                                     UNITED STATES DISTRICT JUDGE
26

27

28